# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| THOMAS A. PAYNE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 1:12-cv-00119 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

The movant, Thomas A. Payne, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Docket No. 1). The movant presently is incarcerated at the Federal Corrections Institution II in Butner, North Carolina. He is currently serving a sentence of 144 months of imprisonment for six drug-related counts. *See United States v. Thomas A. Payne*, No. 1:09-cr-00009 (M.D. Tenn. 2012)(Trauger, J.).

In accordance with the Memorandum entered contemporaneously herewith, the motion filed by Payne pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct sentence (Docket No. 1) is hereby **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**. Rule 8(a), Rules – § 2255 Cases. A certificate of appealability will not issue as to the claim of ineffective assistance of counsel set forth in the movant's motion. Rule 11(a), Rules Gov'g § 2255 Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge